An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GLOBUS MEDICAL, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
STEFANY MILEY, DISTRICT JUDGE,
Respondents,
and
LENA PRESNAL, INDIVIDUAL, HEIR
AND SPECIAL ADMINISTRATRIX OF
THE ESTATE OF ANASTASIA LYNN
PRESNAL, DECEASED,
Real Party in Interest.

No. 66726

FILED

DEC 3 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

### ORDER DISMISSING PETITION

This is an original petition for a writ of mandamus challenging a district court order denying a motion for summary judgment in a medical malpractice and negligence action. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Real party in interest has filed a motion to dismiss this petition as moot based on the fact that petitioner and real party in interest settled in the underlying district court case and petitioner was dismissed from that action. Real party in interest has not opposed the motion.

This court has a duty "not to give opinions upon moot questions or abstract propositions, or to declare principles of law which cannot affect the matter in issue before [us]." *Majuba Mining v. Pumpkin Copper*, 129 Nev. Adv. Op. 19, 299 P.3d 363, 364 (2013) (internal quotation marks omitted). "[C]ases presenting live controversies at the time of their

SUPREME COURT
OF
NEVADA

(O) 1947A

15-40136

inception may become moot by the occurrence of subsequent events." *Id.* (internal quotation marks omitted). We conclude that the dismissal of petitioner from the underlying district court case renders this petition moot. According, we grant the motion and

ORDER this petition DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Stefany Miley, District Judge
     Morris Polich & Purdy, LLP/Las Vegas
     Seegmiller & Associates
     Richard Harris Law Firm
     Eighth District Court Clerk